IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

ARTHUR ROBINSON

    Plaintiff,

vs.

                              Civil Action :ELH 16-234

CAWLEY & BERGMANN, LLP

    Defendant.

Approved.
ELH
USDJ
9/6/16

### MOTION TO DISMISS

COMES NOW the Plaintiff, Arthur Robinson, proceeding pro se, moves this Court to enter the above captioned matter as SETTLED AND DISMISSED, WITH PREJUDICE. All parties shall be responsible for payment of their own costs, expenses and attorney fees. Plaintiff has spoken with counsel for Defendant, and this dismissal pursuant to Rule 41(a)(2) of the F.R.C.P. is not opposed.

DATED: August 31, 2016

Arthur Robinson, Plaintiff
Fed Reg. No. 07705-015
Federal Prison Camp
PO BOX 1000
Cumberland, MD 21501